### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

| | | |
|---|---|---|
| RACHEL PORTER, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 3:23-cv-00151-JJV |
| | * | |
| KILILO KIJAKAZI, | * | |
| Acting Commissioner of Social Security, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## **ORDER**

This matter was remanded pursuant to an unopposed "sentence four" motion to remand within the meaning of 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). (Doc. No. 12-13.) Based on Plaintiff's fee request and a negotiated settlement, the parties now stipulate that a **$7,000** award of attorney fees and expenses under the Equal Access to Justice Act, 24 U.S.C. § 2412(d), is appropriate. (Doc. No. 14.)

After careful consideration of the Stipulation, I find the award is reasonable. The EAJA fee award is payable to Plaintiff and shall be mailed to Plaintiff's counsel but is subject to any offset to satisfy any pre-existing debt owed to the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). Defendant shall certify said award and pay this amount.

IT IS SO ORDERED this <u>27th</u> day of November 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE